United States District Court
Southern District of Texas
ENTERED

NOV 3 0 2005

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
FILED

NOV 2 9 2005

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CR. NO. L-05-2420 |
| VALENTIN VALDEZ | § | |

## ORDER

Having considered the Motion of the Defendant, **VALENTIN VALDEZ**, for a continuance of the Hearing on Defendant's Motion to Suppress, the Court orders that this request is

**GRANTED** / ~~DENIED~~.

SIGNED at Laredo, Texas, on the 29th day of November, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE